CHRISTINA OOTHOUT, Appellant, *v.* MARY WARNER et al., Respondents.

*Oothout* v. *Warner*, 162 App. Div. 901, affirmed.
(Argued November 9, 1914; decided November 24, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1914, which affirmed an order of Special Term overruling a demurrer to the answer in an action to recover upon certain promissory notes.

The following question was certified: " Is the separate defense in the answer of the defendants sufficient in law upon the face thereof ? "

*Nathan Ballin, Jacob Newman* and *Warren W. Foster* for appellant.

*Emmet J. Murphy* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.